United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 7, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-20606
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NIKIA FRANKLIN,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:04-CR-190-ALL
--------------------

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Nikia Franklin
presents arguments that she concedes are foreclosed by the law of
the case, see, e.g., Ward v. Santa Fe Indep. Sch. Dist., 393 F.3d
599, 607-08 (5th Cir. 2004) (reiterating that a party cannot
raise an issue on appeal that could have been raised in an
earlier appeal in the same case), and by circuit precedent, see,
e.g., United States v. Daugherty, 264 F.3d 513, 518 (5th Cir.
2001)(rejecting a Commerce Clause challenge to the felon-in-
possession-of-a-firearm statute, 18 U.S.C. § 922(g)).  The

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.